AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2022

SEAN F. McAVOY, CLERK

SCOTT S.,

*Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 4:21-cv-5114-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 11, is GRANTED and The Commissioner's Motion for Summary Judgment, ECF No. 12, is DENIED.
Judgment entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Summary Judgment.

Date: 06/13/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez